814

No. 591. COURTIN *v.* SHARP. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *David C. Treen* and *George R. Blue* for respondent.

No. 593. McDANIEL *v.* THE LISHOLT ET AL. C. A. 2d Cir. Certiorari denied. *Edward J. Malament* for petitioner. *James M. Estabrook* and *Francis X. Byrn* for respondents.

No. 596. CECERE *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Frank A. Palmieri* for petitioner.

No. 597. PARK ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 598. BAKER *v.* TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. *Robert F. Moore* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tyler, Harold H. Greene* and *David Rubin* for respondent.

No. 600. HOSIE *v.* CHICAGO & NORTH WESTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied. *Charles Dana Snewind* for petitioner. *Carl McGowan* for respondent.

No. 603. MOUNTAIN STATES SECURITIES CORP. ET AL. *v.* HOOPER, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari denied. *Jack Crenshaw* and *Jos. F. Johnston* for petitioners. *Truman M. Hobbs* for respondent.